1038

THE DEPARTMENT OF REVENUE, *Appellant,* v. BLUE CROSS OF WASHINGTON AND ALASKA, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–08335–6, Jack P. Scholfield, J., entered September 11, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Swanson, J.

MARYA P. MILTON, *Respondent,* v. RON VOORHEES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 850959, Francis E. Holman, J., entered September 18, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Ringold and Corbett, JJ.

EVA WARE, ET AL, *Appellants,* v. HAMILTON ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–10442–0, Frank J. Eberharter, J., entered September 26, 1980. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by James and Callow, JJ.